IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Campbell, Lester | Case Number: 07 B 22215 |
| | Judge: Hollis, Pamela S |
| Printed: 4/15/08 | Filed: 11/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Residential Mortgage Solutions LLC | Secured | 0.00 | 0.00 |
| 2. | UM Capital | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Regional Acceptance | Secured | 0.00 | 0.00 |
| 5. | Wilshire Credit Corp | Secured | 7,500.00 | 0.00 |
| 6. | Residential Mortgage Solutions LLC | Secured | 12,000.00 | 0.00 |
| 7. | Wilshire Credit Corp | Secured | 3,500.00 | 0.00 |
| 8. | UM Capital | Secured | 5,500.00 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 376.72 | 0.00 |
| 10. | UM Capital | Unsecured | 6,726.34 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 56.39 | 0.00 |
| 12. | GMAC Auto Financing | Secured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Cache Inc | Unsecured | | No Claim Filed |
| 15. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 16. | HFC Nevada | Unsecured | | No Claim Filed |
| 17. | Citibank USA | Unsecured | | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 19. | HSBC | Unsecured | | No Claim Filed |
| 20. | Collection Company Of America | Unsecured | | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 22. | HSBC | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | Sherman Acquisition | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Campbell, Lester

Printed: 4/15/08

Case Number: 07 B 22215
Judge: Hollis, Pamela S
Filed: 11/27/07

$ 35,659.45    $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate        Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____